

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00002-CV

**IN THE INTEREST OF J.J.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02163
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the Final Order in Suit Affecting the Parent-Child Relationship is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as an indigent under TEX. R. APP. P. 20.

Manuel C. Rodriguez Jr.'s motion to withdraw as counsel is GRANTED.

SIGNED May 29, 2013.

_Karen Angelini_
Karen Angelini, Justice